## United States District Court — Violation Notice

EV88

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3175408 | Grave | G9684 |

3175408

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR  ☐ USC  ☐ State Code |
|---|---|
| 08/06/2015 | 32 CFR 234.6 (8) |

Place of Offense: Pentagon Reservation

Offense Description: Factual Basis for Charge    HAZMAT ☐

Violation of Lawful Order

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Baggarly | Steve | J |

| Tag No | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A |  | N/A |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.    B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

MA

$  Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT →  $  Total Collateral Due

**YOUR COURT DATE**

Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314

Date: 10/01/2015    Time: 0900

X Defendant Signature: Steve Baggarly

(Rev. 01/2011)    Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on **August 6, 20 15** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

On August 6, 2015 at approximately 0703 hours Mr. Steve Baggarly (later identified by photo ID) entered the Pentagon Reservation to protest the use of atomic weapon at Hiroshima and Nagasaki, Japan. Mr. Steve Baggarly failed to enter the designated protest area and hindering the flow of public movement pedestrian traffic. Mr. Steve Baggarly was given three clear verbal commands over a bull horn by SGT. McKillen #122 of the Pentagon Force Protection Agency Police Department. The third and final warning was given at 0714 hours. Mr. Steve Baggarly failed to comply with the three orders. At 0715 hours SGT McKillen ordered Steve Baggarly be arrested for violation of 32 CFR 234.6 (b).

The foregoing statement is based upon:
☑ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 8/06/2015    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license;   CMV = Commercial vehicle involved in incident.